IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-20372 |
| SHIRLEY, TOM D. AND SHIRLEY, PENNY L. | § | CHAPTER 7 |
| DEBTOR | | |

## MOTION TO PAY FUNDS IN TO THE REGISTRY UNDER 11 U.S.C. §347 (A)

THE UNDERSIGNED TRUSTEE REPORTS:

__X__    The dividend (s) payable to the creditor (s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

_____    More than ninety (90) days have passed since the Final Distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

_____    Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347 (a), the undersigned trustee request authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of title 238 (29 U.S.C. 2041, et seq.)

Date:    January 5, 2010         /S/MICHAEL B. SCHMIDT
                                  MICHAEL B. SCHMIDT, Trustee
                                  555 N. CARANCAHUA STREET
                                  SUITE 1550
                                  CORPUS CHRISTI TX 78478
                                  (361) 884-9949 Fax: (361) 884-6000

### Certificate of Service

I certify that on this date, a copy of the foregoing Motion was served electronically and/or mailed to the United States Trustee, Debtor and the Creditor on the 5th day of January, 2010.

/S/MICHAEL B. SCHMIDT
MICHAEL B. SCHMIDT

EXHIBIT A

Please check one:

__X__    small dividends

_____    unclaimed dividends

| NAME | CLAIM # | AMOUNT |
|---|---|---|
| Kalmbach Publishing Co. | 6 | $3.85 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 08-20372 |
| SHIRLEY, TOM D. AND SHIRLEY, PENNY L. | § | CHAPTER 7 |
| DEBTOR | | |

## ORDER TO PAY FUNDS INTO THE REGISTRY UNDER 11 U.S.C. §341 (A)

Came on for consideration, Trustee's Motion to Pay Funds into the Court Registry under 11 U.S.C. §347 (a), and the court, having considered the motion, is of the opinion that the Motion is will taken and the Court further finding that notice of said Motion is not required, it is therefore.

ORDERED that MICHAEL B. SCHMIDT, Trustee is authorized to pay the funds in the above styled and numbered case, together with any accrued interest thereon, into the Registry of the Court in the amount of $3.85 as per Exhibit "A" attached Motion.

Date:

            This order is signed for the Court by the Clerk under
            Authority of 28 U.S.C. § 956 and General Order 2000-3.

            MICHAEL N. MILBY, CLERK

            By: _____
                    Deputy Clerk